NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DISTRIBUTED SOLUTIONS, INC.,**
*Appellant*

**v.**

**DEBORAH LEE JAMES, SECRETARY OF THE AIR FORCE,**
*Appellee*

---

2014-1809

---

Appeal from the Armed Services Board of Contract Appeals in No. 57266, Administrative Judge Craig S. Clarke, Administrative Judge Jack Delman, Administrative Judge Mark N. Stempler.

---

## JUDGMENT

---

THOMAS ANDREW COULTER, LeClair Ryan, Richmond, VA, argued for appellant.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., BRYANT G. SNEE.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (NEWMAN, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


September 21, 2015           /s/ Daniel E. O'Toole
Date                 Daniel E. O'Toole
                        Clerk of Court